**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br><br>WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE,<br><br>   Defendants. | Case No. 1:25-cv-1504<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge M. David Weisman |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Walgreen Co. (incorrectly named as "Walgreen Corporation") and the Walgreen Health and Welfare Committee (collectively, "Defendants"), and incorporating the Memorandum of Law that Defendants filed contemporaneously with this Motion, Defendants respectfully request that the Court dismiss Plaintiff's Complaint in its entirety and with prejudice.

WHEREFORE, for the forgoing reasons and the reasons set forth in Defendants' contemporaneously filed memorandum of law, the Court should grant Defendants' Motion, dismiss Plaintiff's Complaint with prejudice, and grant such further relief as the Court deems just and proper.

317123755v.1

2

DATED: April 7, 2025

Respectfully submitted,

WALGREEN CO. AND WALGREEN
HEALTH AND WELFARE COMMITTEE


By: /s/ *Samuel Schwartz-Fenwick*
　　　Sam Schwartz-Fenwick

Samuel Schwartz-Fenwick
Ada Dolph
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
sschwartz-fenwick@seyfarth.com
adolph@seyfarth.com

*Attorney for Defendants*

2

317123755v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of

record, as listed below, via the Court's CM/ECF filing system on the 7th day of April 2025.

Kimberly Dodson
Email: kdodson@sirillp.com
Oren Faircloth
Email: ofaircloth@sirillp.com
Kyle McLean
Email: kmclean@sirillp.com
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY 10151

Scott Haskins
Siri & Glimstad, LLP
220 West Congress Street
2nd Floor
Detroit, MI 48226
Email: shaskins@sirillp.com


*/s/Samuel Schwartz-Fenwick*
Samuel Schwartz-Fenwick

317123755v.1