**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE,<br><br>        Defendants. | Case No. 1:25-cv-1504<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge M. David Weisman |

**DECLARATION OF SAMUEL SCHWARTZ-FENWICK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Samuel Schwartz-Fenwick, declare as follows:

1.     I am an attorney licensed to practice law in the State of Illinois, and a partner with Seyfarth Shaw LLP, counsel for Defendants Walgreen Co. (incorrectly named as "Walgreen Corporation") and the Walgreen Health and Welfare Committee ("Defendants").

2.     After service of Plaintiff's Complaint, certain business records maintained in the ordinary course of business were identified. Specifically, Plaintiff's allegations concern the years of 2021 to 2023, and "for years prior and after." (Compl. ¶ 44.) Defendants identified the summary plan descriptions for the years 2019 through 2024 (the "Plan"), as well as open enrollment guides distributed to participants at the beginning of each annual open enrollment period, and additional resources describing the 365 Get Healthy Here wellness program at issue in Plaintiff's Complaint.

317123446v.2

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2019 (the "2019 Plan").

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2020 (the "2020 Plan").

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2021 (the "2021 Plan").

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2022 (the "2022 Plan").

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2023 (the "2023 Plan").

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the Summary Plan Description for the Walgreen Health and Welfare Plan Effective January 1, 2024 (the "2024 Plan").

9. Attached hereto as **Exhibit G** is the 2022 Open Enrollment Guide distributed to participants at the beginning of each annual open enrollment period.

10. Attached hereto as **Exhibit H** is the 2023 Open Enrollment Guide distributed to participants at the beginning of each annual open enrollment period.

317123446v.2

11.     Attached hereto as **Exhibit I** is a true and correct copy of Defendants' 2024 Open Enrollment Guide distributed to participants at the beginning of each annual open enrollment period.

12.     Attached hereto as **Exhibit J** is a true and correct copy of Defendants' 2019 medical plan year FAQ rewards resource, which describes the Plan's 365 Get Healthy Here wellness program, and sets forth the program's terms.

13.     Attached hereto as **Exhibit K** is a true and correct copy of Defendants' 365 Get Healthy Here Rewards resource, updated December 2018, which describes the Plan's 365 Get Healthy Here wellness program.

14.     Attached hereto as **Exhibit L** is a true and correct copy of Defendants' Tobacco-Free Program Rewards Resource, describing the Plan's Tobacco-Free Program, updated October 2020.

15.     Attached hereto as **Exhibit M** is a true and correct copy of Defendants' Tobacco-Free Program Rewards Resource, describing the Plan's Tobacco-Free Program, updated November 2021.

16.     Attached hereto as **Exhibit N** is a true and correct copy of Defendants' Tobacco-Free Program Rewards Resource, describing the Plan's Tobacco-Free Program, updated December 14, 2022, for Plan Year 2023.

17.     Attached hereto as **Exhibit O** is a true and correct copy of Defendants' Tobacco-Free Program Rewards Resource, describing the Plan's Tobacco-Free Program, updated December 2023, for Plan Year 2024.

I declare under penalty of perjury under the laws of the United States and Illinois that the foregoing is true and correct.

317123446v.2

Executed on April 7, 2025 in Chicago, Illinois


*/s/Samuel Schwartz-Fenwick*
Samuel Schwartz-Fenwick


Samuel Schwartz-Fenwick
Ada Dolph
 SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
sschwartz-fenwick@seyfarth.com
adolph@seyfarth.com

*Attorney for Defendants*

4

317123446v.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of

record, as listed below, via the Court's CM/ECF filing system on the 7th day of April 2025.

Kimberly Dodson
Email: kdodson@sirillp.com
Oren Faircloth
Email: ofaircloth@sirillp.com
Kyle McLean
Email: kmclean@sirillp.com
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY 10151

Scott Haskins
Siri & Glimstad, LLP
220 West Congress Street
2nd Floor
Detroit, MI 48226
Email: shaskins@sirillp.com


*/s/Samuel Schwartz-Fenwick*
Samuel Schwartz-Fenwick

5

317123446v.2