**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Alexis J. Roman

                    Plaintiff,

v.                                                                         Case No.: 1:25–cv–01504
                                                                           Honorable Steven C. Seeger

Walgreen Company, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [26]) The Court agrees that it is premature to propose a discovery plan. All discovery is stayed pending a ruling on the motion to dismiss. The parties have not engaged in settlement discussions. Plaintiff must make an offer in writing and in good faith by May 23, 2025. Defendant must respond in writing and in good faith by June 13, 2025. The parties must meet and confer, and must file a joint statement by June 27, 2025 about whether the parties seek a settlement conference. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.