**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ALEXIS J. ROMAN** | **Case No. 1:25-cv-01504** |
| **Plaintiff,** | |
| **v.** | **Judge Honorable Steven C. Seeger** |
| **WALGREEN COMPANY et al** | |
| **Defendants.** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17, Please take notice that Kyle McLean of the law firm Siri & Glimstad LLP hereby withdraws as counsel for record for Plaintiff, Alexi J. Roman (**"Plaintiff"**) in the above-captioned matter, and that Mason Barney, of the same law firm Siri & Glimstad LLP, hereby substitutes as counsel on behalf of Plaintiffs in the above-captioned matter. The undersigned attorneys hereby consent to the substitution of counsel

| | |
|---|---|
| SIRI & GLIMSTAD LLP | SIRI & GLIMSTAD LLP |
| /s/ *Kyle McLean* | /s/ *Mason Barney* |
| Kyle McLean | Mason Barney |
| 700 S. Flower Street, | 745 Fifth Ave., Suite 500 |
| Suite 1000, | New York, NY 10151 |
| Los Angeles, CA 90017 | E: mbarney@sirillp.com |
| E: kmclean@sirillp.com | |
| *Withdrawing Attorney for Plaintiff* | *Superseding Attorney for Plaintiff* |
| Dated: May 7, 2025 | Dated: May 7, 2025 |