**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated, | Case No. 1:25-cv-1504 |
| Plaintiff, | Judge Steven C. Seeger |
| v. | Magistrate Judge M. David Weisman |
| WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE, | |
| Defendants. | |

## JOINT STATEMENT REGARDING SETTLEMENT CONFERENCE

Pursuant to the Court's Order dated (Doc. 27), counsel for the parties have conferred regarding the possibility of participating in a settlement conference at this time. In accordance with the Court's Order (Doc. 27), the parties exchanged settlement proposals but were unable to reach an agreement. Accordingly, the parties respectfully submit that a settlement conference would be premature at this stage.

The parties agree to revisit the possibility of a settlement conference, if appropriate, following the Court's ruling on the pending motion to dismiss.

DATED:  June 27, 2025

Respectfully submitted,

WALGREEN CO. and WALGREEN HEALTH
AND WELFARE COMMITTEE

PLAINTIFF

By: */s/ Samuel Scheartz-Fenwick*

Samuel Schwartz-Fenwick
Ada Dolph
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
sschwartz-fenwick@seyfarth.com
adolph@seyfarth.com

*Attorneys for Defendants*

By: */s/ Oren Faircloth*

Oren Faircloth
Kimberly Dodson
SIRI & GLIMSTAD LLP
745 Fifth Ave.
Suite 500
New York, NY 10151
Telephone (212) 532-1091
ofaircloth@sirillp.com
kdodson@sirillp.com

Scott Haskins
SIRI & GLIMSTAD, LLP
220 West Congress Street
2nd Floor
Detroit, MI 48226
shaskins@sirillp.com

*Attorneys for Plaintiff*

2