**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated, | **Civil Action No.: 1:25-cv-1504** |
| Plaintiff, | |
| vs. | **Judge Steven C. Seeger** |
| WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE, | **Magistrate Judge M. David Weisman** |
| Defendants. | |

## <u>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff, Alexis J. Roman, by counsel, respectfully submits this Notice of Supplemental Authority to advise the Court of the U.S. District Court for the Central District of Illinois' opinion in *Waggoner v. The Carle Foundation*, Case No. 24-CV-2217 (C.D. Ill. Sept. 16, 2025) (attached hereto as **Exhibit 1**), in connection with Defendant's motion to dismiss (ECF No. 13).

Judge Bruce, in *Waggoner*, denied in part, and granted in part, the defendant's motion to dismiss, rejecting a number of materially identical arguments to those raised here by Defendant. *See* Ex. 1. For the purposes of Article III standing, the court held that the plaintiff sufficiently demonstrated a concrete injury-in-fact when she plausibly alleged financial harm caused by the administration of a non-compliant wellness program. Ex. 1, at *18. The court also found that the plaintiff adequately alleged that the defendant's tobacco surcharge violated ERISA because it did not offer a retroactive reimbursement of the surcharge. *Id.,* at *40 (citing *Mehlberg v. Compass Group USA, Inc.,* 2025 WL 1260700 (W.D. Mo. April 15, 2025). Finally, the court held that the

plaintiff sufficiently pleaded a claim for breach of fiduciary duty and a loss to the plan by alleging,

*inter alia*, that the defendant retained monies from the plan for its own benefit. *Id.,* at 68.

Dated: September 19, 2025

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth (*pro hac vice*)
Mason A. Barney
Scott Haskins (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: lconsidine@sirillp.com
E: shaskins@sirillp.com

*Attorneys for Plaintiff*