**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all other similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE,<br><br>    Defendants. | Case No. 1:25-cv-1504<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge M. David Weisman |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Plaintiff Alexis J. Roman ("Plaintiff"), by counsel, respectfully requests that this court grant oral argument on the Defendant's Motion to Dismiss the Class Action Complaint (the "Motion") ECF No. 22. The law governing tobacco surcharges under ERISA is a rapidly developing area, with several recent district court decisions addressing issues raised in Defendant's Motion. Plaintiff believes that oral arguments would assist the Court by providing an opportunity to explore the reasoning and analytical approaches adopted in those cases, and by allowing a more interactive discussion of the questions raised in the pending Motion. Oral argument will thus aid the Court in reaching a fully informed and well-considered ruling.

Dated: November 14, 2025      **SIRI & GLIMSTAD LLP**

                /s/ *Oren Faircloth*
                Oren Faircloth *(pro hac vice)*
                Mason Barney
                745 Fifth Avenue, Suite 500

New York, New York 10151
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: mbarney@sirillp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Oren Faircloth*
Oren Faircloth