**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated, | **Civil Action No.:** 1:25-cv-01504 |
| **Plaintiff,** | **Judge Steven C. Seeger** |
| v. | **Magistrate Judge M. David Weisman** |
| WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE. | |
| **Defendants.** | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Alexis J. Roman, by counsel, respectfully submits this Notice of Supplemental Authority to direct the Court's attention to the recent Order denying Defendants' Motion to Dismiss in *Wilson v. Whole Foods Market, Inc.*, No. 1:25-cv-00085-DAE (W.D. Tex. Jan. 20, 2026) (attached hereto as **Exhibit 1**).

In *Wilson*, the court interpreted "full reward" to mean that participants who satisfy a reasonable alternative standard must receive the complete economic value of that reward for the plan year. If that reasoning is correct, it necessarily follows that any program rule, restriction, or administrative limitation that causes two participants—both of whom complete the same alternative standard in the same plan year—to receive different economic outcomes violates the full reward rule in 42 U.S.C. § 300gg-4(j)(3)(D). A program cannot be "uniformly available" where identical compliance yields disparate financial results. Such structural disparities are incompatible with ERISA's nondiscrimination framework.

The *Wilson* court also found that the plaintiffs had Article III standing where they alleged monetary harm from a tobacco surcharge tied to a non-compliant wellness program, and sustained

1

the fiduciary breach claims based on allegations that surcharges were retained in the employer's accounts and sought plan-level remedies. This authority addresses materially similar issues presented by Defendant's motion here and therefore is pertinent to the Court's consideration.

Dated: February 4, 2026

Respectfully submitted,

/s/ Oren Faircloth
Oren Faircloth (*pro hac vice*)
Mason A. Barney
Scott Haskins (*pro hac vice)*
745 Fifth Ave., Suite 500
New York, NY 10151
Telephone: (929) 677-5181
Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com

*Attorneys for Plaintiff and the Proposed Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of February 2026, I caused to be filed a true and correct copy of the foregoing documents with the clerk of court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Oren Faircloth*
Oren Faircloth, Esq.
