**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br><br><br>WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE,<br><br>        Defendants. | Case No. 1:25-cv-1504<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge M. David Weisman |

## NOTIFICATION OF AFFILIATES

Defendants Walgreen Co. ("Walgreens") and Walgreen Health and Welfare Committee (the "Committee") (collectively "Walgreens Defendants"), by and through their attorneys, Seyfarth Shaw LLP, pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2 state that the Committee is not a corporate party nor does any entity or individual own part of it.

Pursuant to Federal Rule of Civil Procedure 7.1, Walgreens states that its parent corporation is Walgreens Holding Company. Walgreens is a wholly owned subsidiary of Walgreens Holding Company, a holding company incorporated in Delaware that is owned in turn by Blazing Star Parent, LLC, which is also organized in Delaware. No publicly held corporation owns more than 10% of Walgreens' stock.

Pursuant to N.D. Ill. Local Rule 3.2, Walgreens states that the following entities or individuals own 5% or more of Walgreens: Walgreens Holding Company; Blazing Star Investors, LLC; Sycamore Partners Wing Co-Invest, L.P.; SP III Wing US Pharmacy Aggregator LP; Sycamore Partners III, L.P.; Sycamore Partners III-A, L.P.; and Stefano Pessina.

DATED:  February 13, 2026

Samuel Schwartz-Fenwick
Ada Dolph
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
sschwartz-fenwick@seyfarth.com
adolph@seyfarth.com

*Attorney for Defendants*

Respectfully submitted,

WALGREEN COMPANY

WALGREEN HEALTH AND WELFARE COMMITTEE


By: /s/ *Samuel Schwartz-Fenwick*
    Sam Schwartz-Fenwick

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/ECF filing system on the 13th day of February 2026.

Kimberly Dodson
Email: kdodson@sirillp.com
Oren Faircloth
Email: ofaircloth@sirillp.com
Siri & Glimstad LLP
745 Fifth Ave.
Suite 500
New York, NY 10151

Scott Haskins
Siri & Glimstad, LLP
220 West Congress Street
2nd Floor
Detroit, MI 48226
Email: shaskins@sirillp.com


*/s/Samuel Schwartz-Fenwick*
Samuel Schwartz-Fenwick

3