**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXIS J. ROMAN, on behalf of herself and all other similarly situated, | Case No. 1:25-cv-1504 |
| Plaintiff, | Judge Steven C. Seeger |
| v. | |
| WALGREEN COMPANY and the WALGREEN HEALTH AND WELFARE COMMITTEE, | |
| Defendants. | |

**<u>NOTICE OF WITHDRAWAL OF KIMBERLY DODSON</u>**

Pursuant to Local Rule 83,17, please take notice that Kimberly R. Dodson, Esq, pro hac vice attorney of record for Plaintiff, withdraws as counsel in the above captioned matter Ms. Dodson is no longer affiliated with SIRI & GLIMSTAD LLP and is hereby withdrawn from this matter. Please remove Ms. Dodson's name and notification information from the Court's Docket in this matter.

Plaintiff will continue to be represented in this action by attorneys Oren Faircloth, Mason Barney, and Scott Haskins of SIRI & GLIMSTAD LLP.

Dated: February 13, 2026,

Respectfully Submitted,

SIRI & GLIMSTAD LLP

/s/ Oren Faircloth
Oren Faircloth (*pro hac vice*)
Mason Barney
Scott Haskins (*pro hac vice*)
745 Fifth Ave, Suite 500
New York, NY 10151

Telephone: 212-532-1091
Email: ofaircloth@sirillp.com
Email: mbarney@sirillp.com
Email: shaskins@sirillp.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the District Court using its CM/ECF system.

*/s/ Oren Faircloth*_____
Oren Faircloth, Esq.